UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Electronically Filed

CHARLES S. KIMBERL
DANNY'S GUN REPAIR
3904 Bishop Lane Suite 4
Louisville, Kentucky 40218                                                                PETITIONER

v.                                                                        Cause No. 3-13-cv-360-H

DIRECTOR, INDUSTRY OPERATIONS
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
600 Dr. Martin Luther King, Jr. Place Suite 322
Louisville, Kentucky 40202                                                                RESPONDENT

***************************

### PETITION FOR DE NOVO REVIEW

Comes the Petitioner, by Counsel, and for its Petition herein, states as follows:

1.  This Petition is filed pursuant to 18 U.S.C. 923(f)(3).

2.  This Petition requests the Court to review the Final Notice of Denial of application or revocation of firearms license entered by the Respondent on January 23, 2013 on ATF Form 5300.13.

3.  The decision reached by the Respondent was not supported by the facts or by the applicable law.

WHEREFORE, Petitioner demands that the Respondent produce any and all facts which it believes are pertinent and any and all law they would like to have applied for a response by the Petitioner and the proper application of the Court including a reversal of the Respondent's decision and an Order that the license be held to be in good force and effect.

1

        s/ Joseph A. Hammer
Joseph A. Hammer
Attorney for Charles S. Kimberl
Hammer & Associates
P.O. Box 19438
Louisville, Kentucky 40259-0438
502/493-4040
Facsimile 502/493-4055
Email: hammer@hammerandassoc.com

## CERTIFICATE OF SERVICE

On March 21, 2013, I electronically filed This Petition for De Novo Review through the ECF system, which will send a notice of electronic filing to Joseph A. Hammer, and I mailed this document and the notice of electronic filing to Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, 600 Dr. Martin Luther King, Jr. Place Suite 322, Louisville, Kentucky 40202.

        s/ Joseph A. Hammer
Joseph A. Hammer
Attorney for Charles S. Kimberl
Hammer & Associates
P.O. Box 19438
Louisville, Kentucky 40259-0438
502/493-4040
Facsimile 502/493-4055
Email: hammer@hammerandassoc.com